**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

In re:

MARLA ANN COOPER                                                      Case No. 09-72352-SCS
                                                                                           Chapter 7
            Debtor.

**REPORT OF DEPOSIT OF SMALL DIVIDENDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX  75374 | $2.44 |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA  19114 | $0.38 |
| Verizon Wireless Northeast<br>P.O. Box 3397<br>Bloomington, IL 61702 | $0.56 |
| **TOTAL** | **$3.38** |

Dated:  October 20, 2010                    /s/ Charles L. Marcus
                                                            Charles L. Marcus, Trustee
                                                            VSB #7020
                                                            580 East Main Street, Suite 300
                                                            Chesapeake, VA  23320
                                                            (757) 622-9005

**CERTIFICATE OF SERVICE**

       I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically transmitted by the Court's ECF System on October 20, 2010 to:  Office of the US Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, VA  23510.

                                             /s/ Charles L. Marcus
                                             Charles L. Marcus, Trustee